IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TERRA CAPITAL ASSOCIATES,       )
                        Plaintiff,       )
                                    )
                 vs                )     Civil Action No. 04-431
                                    )
MARY PAT LANGER, t/d/b/a       )
MONROEVILLE ACADEMY,       )
                       Defendant.       )

O  R  D  E  R


AND NOW, this 17th day of February, 2006, after the plaintiff filed an action in the above-captioned case, and after the defendant failed to participate in discovery, failed to attend several Court conferences, and failed to comply with the Court's Order to show cause why judgment by default should not be entered in favor of the plaintiff and against the defendant, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that default judgment is entered in favor of the plaintiff and against the defendant as follows:

1. Defendant Mary Pat Langer, t/d/b/a Monroeville Academy, is ordered to pay the plaintiff the sum of $633,679.78 in damages

/s/ Joy Flowers Conti
United States District Judge

cc:     All Counsel and Parties of Record

Honorable Robert C. Mitchell
United States Magistrate Judge